# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-po-00017-CKD |
| Plaintiff, | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | |
| MANUEL T. STONE, | DATE: February 18, 2021 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00017-CKD with prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on February 18, 2021, is vacated.

IT IS SO ORDERED.

Dated: February 17, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE